# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FRANCIS ANTHONY TREVINO,<br>*Plaintiff*<br>v.<br>PATRICK GLEBE,<br>*Defendant* | Civil Action No. 2:14-cv-00109-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the First Amended Petition, ECF No. 5, is DISMISSED pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts and with prejudice as time-barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: August 27, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia